STATE OF NEW JERSEY v. EDWARD SPENCER.

July 14, 1982.

Certification is granted, limited solely to the issue arising out of *State of Butler,* 89 *N.J.* 220 (1982) and, as to that issue, the matter is summarily remanded to the trial court for resentencing in the light of that opinion. Jurisdiction is not retained.

SAMUEL KLEIN v. CRESCENT PARK ASSOCIATES.

July 14, 1982.

Petition for certification denied.

MERCEDES BARTEL v. DAVE B. SWERDLOW, M.D.

July 14, 1982.

Petition for certification denied.

EVERETT B. HARPER, JR. v. THE ZONING BOARD OF
ADJUSTMENT OF THE TOWNSHIP
OF PISCATAWAY.

July 14, 1982.

Petition for certification denied.